Entered: January 2nd, 2019
Signed: December 28th, 2018

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

In re:

ERNEST E. WATKINS,                           **CHAPTER 7**

        **DEBTOR.**                   **CASE NO. 18-20114**

WELLS FARGO BANK, N.A.,

        **MOVANT,**
vs.
ERNEST E. WATKINS
and GARY A. ROSEN, TRUSTEE,

        **RESPONDENTS.**

### <u>CONSENT ORDER GRANTING MODIFICATION OF STAY</u>

        The Motion of the Movant, Wells Fargo Bank, N.A., its assignees and/or successors in interest, to amend the Automatic Stay having been properly served on the Trustee and the Debtor, the Debtor having failed to file a response thereto, and the Trustee having since agreed to the entry of this Order as evidenced by his signature,

        The Subject Property known as 1816 Meridian Drive, Hagerstown, MD 21742, encumbered by a Deed of Trust dated October 31, 2011, recorded among the land records of the city/county of Washington, Maryland.

    1.      The stay of 11 U.S.C. Section 362(a) shall be lifted as to the Debtor upon the entry of this Order. As to the Trustee's interest, the automatic stay of 11 U.S.C. Section 362(a) is CONDITIONED UPON the Trustee obtaining a ratified contract of sale for the subject property by the close of business on May 31, 2019  which contract is satisfactory to the Movant. Should the Trustee obtain such contract, the automatic stay of 11 U.S.C. Section 362(a) shall then remain in full force and effect for an additional forty (30) days to provide time for settlement on the property.

    2.      ORDERED the automatic stay as to the Trustee's interest shall be deemed lifted without further Order of this Court upon either the Trustee's failure to obtain a contract of sale by **May 31, 2019** or failure to settle 30 days from May 31, 2019, whichever event occurs first so the Movant may proceed to foreclosure of said property at 1816 Meridian Drive, Hagerstown, MD 21742, more particularly described in the Deed of Trust dated October 31, 2011, and recorded among the land records of the city/county of Washington; and it is further,

3.      ORDERED that failure to do the above by either date shall be evidenced by a Declaration of Default.  Upon the filing of such Declaration, and without further Order of this Court, the automatic stay imposed pursuant to 11 U.S.C. Section 362(a) shall be lifted as to Movant, to permit enforcement of the provisions of the Deed of Trust with respect to the Subject Property, including but not limited to foreclosure pursuant to any power of sale.  In the event of a foreclosure, if the Debtor fails to voluntarily vacate the premises Movant or any purchaser at said foreclosure sale may proceed with all remedies available in state court; and it is further,

4.      ORDERED that should the Trustee abandon his interest in the property or file a Report of No Distribution, the Movant or successors and assigns, shall have automatic relief from the stay without further leave of the Court.  Relief from the stay shall be automatic without further Notice upon filing of the Report of No Distribution; and it is further,

5.      ORDERED that should there be a default pursuant to the terms contained herein, the Movant shall be entitled to reasonable attorney fees in the amount of $150.00 for issuance of a Declaration of Default; and it is further,

6.      ORDERED that the 14-day "waiting period" mandated by Federal Rule of Bankruptcy Procedure 4001(a)(3) be and is hereby waived; and it if finally,

7.      ORDERED that noting contained herein shall be deemed or construed to waive, reduce or otherwise prejudice any rights of with respect to the above-referenced Note and Deed of Trust

Approved as to Form and Content
By: /s/ Randa S. Azzam
Randa S. Azzam, Esquire, Bar No. 22474
Deena L. Reynolds, Esquire, Bar No. 17956
Michael T. Freeman, Esquire, Bar No. 19131
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
RAzzam@siwpc.com
Counsel for Wells Fargo Bank, N.A.

Seen and Agreed:

/s/ Gary A. Rosen
_____
Gary A. Rosen
Chapter 7 Trustee
One Church Street
Suite 800
Rockville, MD 20850

I hereby certify that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /S/ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

By: /s/ Randa S. Azzam
_____

**SERVICE LIST**

| | |
|---|---|
| Ernest E. Watkins<br>20014 Rosebank Way, Apt. 348<br>Hagerstown, MD 21742 | Debtor |
| B. Andrew Bright<br>223 N. Prospect St.<br>Suite 300<br>Hagerstown, MD 21740 | Counsel for Debtor |
| Gary A. Rosen<br>One Church Street<br>Suite 800<br>Rockville, MD 20850 | Chapter 7 Trustee |
| Wells Fargo Bank, N.A.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | Movant |
| Randa S. Azzam<br>611 Rockville Pike<br>Suite 100<br>Rockville, MD 20852 | Counsel for Movant |

**END OF ORDER**