UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br>ERNEST E. WATKINS<br>    Debtor | Case No. 18-20114-LSS<br><br>Chapter 7 |
| SPECIALIZED LOAN SERVICING LLC<br>    Movant<br>v.<br>ERNEST E. WATKINS<br>    Debtor/Respondent<br>and<br>GARY A. ROSEN<br>    Trustee/Respondent | |

### NOTICE OF DEFAULT AND TERMINATION OF AUTOMATIC STAY

Please take notice that Ernest E. Watkins (the "Debtor") and Gary A. Rosen (the "Trustee") failed to comply with the terms of the Agreed Order (the "Agreed Order") entered January 02, 2019. The Trustee failed to obtain a contract of sale by May 31, 2019 and/or failed to settle 30 days from May 31, 2019.

Pursuant to Paragraphs 2 and 3 of the Agreed Order, the Automatic Stay TERMINATED without further notice to the Debtor. Notice is hereby given that the Movant intends to initiate//resume foreclosure proceedings on the real property and improvements thereon known as 1816 Meridian Drive, Hagerstown, MD 21742.

Respectfully Submitted,

Dated: <u>October 21, 2019</u>

/s/ *Nikita Joshi*
Nikita Joshi, Esq., Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555 (p), 301-961-6545 (f)
bankruptcy@bww-law.com
*Attorney for the Movant*

BWW#:MD-344481

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Default and Termination of Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Gary A. Rosen, Trustee

B. Andrew Bright, Esq.

L. Jeanette Rice, Office of the U.S. Trustee

I hereby further certify that on this 21st day of October, 2019, a copy of the foregoing Notice of Default and Termination of Automatic Stay was also mailed first class mail, postage prepaid, to:

Ernest E. Watkins
20014 Rosebank Way, Apt. 348
Hagerstown, MD 21742

/s/ Nikita Joshi
Nikita Joshi, Esq.

BWW#:MD-344481